IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMICO LIFE INSURANCE COMPANY, and ASSURANCE IQ, LLC,<br><br>Defendants. | Civil Action No. 7:19-cv-06494-NSR<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 7/7/2021 |

### STIPULATION TO TRANSFER CASE TO THE EASTERN DISTRICT OF PENNSYLVANIA

Now come the parties James Everett Shelton ("Plaintiff"), Lumico Life Insurance Company ("Lumico"), and Assurance IQ, LLC ("Assurance") (together referred to as "the Parties") and hereby stipulate as follows:

1. Assurance has served a motion to transfer this action to the Eastern District of Pennsylvania.

2. The Parties agree that this case arises from telephone calls the Plaintiff received in the Eastern District of Pennsylvania.

3. The Parties agree that Plaintiff could have brought this case initially in the Eastern District of Pennsylvania and that transfer would promote the convenience of parties and witnesses and would be in the interests of justice.

4. The Parties agree that the Eastern District of Pennsylvania may exercise personal jurisdiction over the Parties with respect to Plaintiff's claims in this action and that venue is proper in the Eastern District of Pennsylvania.

5. Accordingly, the Parties stipulate to the entry of an order transferring this action to the Eastern District of Pennsylvania.

6. The Parties further agree that Assurance's Motion to Stay requesting this Court to stay this action is now moot, but nothing herein precludes Assurance from filing an identical or similar motion to stay in the Eastern District of Pennsylvania.

| | |
|---|---|
| */s/ Victor Genecin* | */s/ Timothy J. Sostrin* |
| Victor Genecin (VG 9733) | Timothy J. Sostrin (Pro Hac Vice) |
| SQUIRE PATTON BOGGS (US) LLP | Keith J. Keogh (Pro Hac Vice) |
| 1211 Avenue of the Americas | Keogh Law, Ltd. |
| 26th Floor | 55 W. Monroe St., Ste. 3390 |
| New York, New York 10036 | Chicago, IL 60603 |
| Telephone: (212) 872-9800 | [o] (312) 726-1092 |
| Facsimile: (212) 872-9815 | [f] (312) 726-1093 |
| Email: victor.genecin@squirepb.com | tsostrin@keoghlaw.com |
| Eric J. Troutman | keith@keoghlaw.com |
| (*pro hac vice* motion pending) | |
| SQUIRE PATTON BOGGS (US) LLP | Anthony Paronich (Pro Hac Vice) |
| 555 South Flower Street, 31st Floor Los | Paronich Law, P.C. |
| Angeles, California 90071 | 350 Lincoln Street, Suite 2400 |
| Telephone: (213) 624-2500 | Hingham, MA 02043 |
| Facsimile: (213) 623-4581 | anthony@paronichlaw.com |
| Email: eric.troutman@squirepb.com | ***Attorneys for Plaintiff*** |

***Attorneys for Assurance***

*s/ Lewis S. Wiener*
Lewis S. Wiener (#2156933)
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
Telephone: 202-383-0140
Facsimile: 202-637-3593
Email: lewiswiener@eversheds-sutherland.com
Francis X. Nolan (#4711628)
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of the Americas, 40th Floor
New York, New York 10036-7703
Telephone: 212-389-5083
Facsimile: 212-389-5099
Email: franknolan@eversheds-sutherland.com
***Attorneys for Lumico***

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMICO LIFE INSURANCE COMPANY, and ASSURANCE IQ, LLC,<br><br>Defendants. | Civil Action No. 7:19-cv-06494-NSR |

**ORDER TRANSFERRING CASE TO THE EASTERN DISTRICT OF PENNSYLVANIA**

Defendant Assurance IQ, LLC has served a motion to transfer this action to the Eastern District of Pennsylvania. Subsequently, the parties have filed a stipulation agreeing to the transfer. Based on the parties stipulation, that Court finds pursuant to 28 U.S.C. § 1404 that (1) this case arises from telephone calls Plaintiff received in the Eastern District of Pennsylvania; (2) Plaintiff could have brought this case initially in the Eastern District of Pennsylvania; (3) the parties have consented to transfer to the Eastern District of Pennsylvania; and (4) transfer will promote the convenience of parties and witnesses be in the interests of justice.

Given this order, all pending motions are denied as moot.

SO ORDERED.

Date: July 7, 2021

The Honorable Nelson S. Román
United States District Judge