IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON | : | CIVIL ACTION |
| | : | |
| **v.** | : | No. 21-cv-3045-JMY |
| | : | |
| LUMICO LIFE INSURANCE CO. and ASSURANCE IQ, LLC, | : : | |

<u>STIPULATION FOR AMENDED COMPLAINT</u>

Now come the plaintiff James Shelton ("Plaintiff") and the defendants Lumico Life Insurance Co. ("Lumico") and Assurance IQ, LLC ("Assurance") (together "Defendants"), who stipulate as follows:

WHEREAS, Federal Rule of Civil Procedure 15(a)(1)(2) permits a party to amend its pleading with the opposing party's written consent;

WHEREAS, Plaintiff wishes to amend his pleading; and

WHEREAS, Defendants consent to the amended pleading;

The parties hereby STIPULATE to the filing of the amended complaint attached hereto.

Respectfully Submitted,

1

| Plaintiff James Shelton,<br><br>By:<br><br>*/s/ Timothy J. Sostrin*<br>Timothy J. Sostrin<br>Keith J. Keogh<br>Keogh Law, Ltd.<br>55 W. Monroe St., Ste. 3390<br>Chicago, IL 60603<br>[o] (312)_726-1092<br>[f] (312) 726-1093<br>tsostrin@keoghlaw.com<br>keith@keoghlaw.com<br><br>Anthony I. Paronich<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>[o] (617) 485-0018<br>[f] (508) 318-8100<br>anthony@paronichlaw.com | Defendant Lumico Life Insurance Co.,<br><br>By:<br><br>s/ *Lewis S. Wiener*<br>Lewis S. Wiener (#2156933)<br>EVERSHEDS SUTHERLAND (US) LLP<br>700 Sixth Street, NW, Suite 700<br>Washington, DC 20001-3980<br>[o]: 202-383-0140<br>[f]: 202-637-3593<br>lewiswiener@eversheds-sutherland.com | Defendant Assurance IQ, LLC<br><br>By:<br><br>/s/ *Eric J. Troutman*<br>Eric J. Troutman<br>SQUIRE PATTON BOGGS (US) LLP<br>555 So. Flower Street, 31st Floor<br>Los Angeles, California 90071<br>[o]: (213) 624-2500<br>[f]: (213) 623-4581<br>eric.troutman@squirepb.com |