## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON, | : | |
|     Plaintiff, | : | No. 21-cv-3045-JMY |
| | : | |
| v. | : | |
| | : | |
| LUMICO LIFE INSURANCE CO., et al., | : | |
|     Defendants. | : | |

**ORDER**

AND NOW, this 20th day of September, 2021, it is hereby ORDERED that the Application for Admission Pro Hac Vice of Eric J. Troutman, Esquire (ECF No. 46) to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.[1]

BY THE COURT:

   /s/ John Milton Younge
Judge John Milton Younge

---

[1] This Court's Local Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.