## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:21-cv-03045-JMY |
| | : | |
| v. | : | |
| | : | |
| LUMICO LIFE INSURANCE CO., | : | |
| and ASSURANCE IQ, LLC, | : | |
| | : | |
| Defendants. | : | |

### ASSURANCE IQ, LLC'S MOTION TO STAY BASED ON PRIMARY JURISDICTION

Defendant Assurance IQ, LLC ("Assurance") respectfully moves for an Order staying the Action pursuant to the Primary Jurisdiction Doctrine. The Federal Communications Commission ("FCC") is currently considering two critical issues—commenced by Assurance via a Petition for Expedited Declaratory Ruling (the "Petition")—that are likely to prove dispositive of this litigation. The first issue before the FCC is whether Assurance may "reasonably rely" on the consent provided by an individual visiting its website and purporting to be Plaintiff James Everett Shelton ("Plaintiff"). The second issue before the FCC is whether, as Plaintiff alleges, the brief "guide" message played at the outset of the live calls at issue in this case constituted the use of a "prerecorded voice" for purposes of 47 USC § 227(d) and 47 C.F.R. 64.1200(d)(4). Both of these issues are directly relevant to the instant action, and the FCC's decisions on these issues could prove dispositive. In support of this motion, Assurance files the accompanying Memorandum of Law, which is incorporated fully herein.

WHEREFORE, Assurance respectfully requests that the Court stay this matter to await the FCC's resolution of the Petition.

| | |
|---|---|
| Date: September 22, 2021 | */s/ Daniel E. Brewer* |
| | Meredith C. Slawe |
| | Daniel E. Brewer |
| | **COZEN O'CONNOR** |
| | One Liberty Place |
| | 1650 Market Street, Suite 2800 |
| | Philadelphia, Pennsylvania 19103 |
| | Telephone: (215) 665-2000 |
| | Facsimile: (215) 665-2013 |
| | Email: mslawe@cozen.com |
| | Email: dbrewer@cozen.com |
| | |
| | Eric J. Troutman (*pro hac vice*) |
| | **SQUIRE PATTON BOGGS (US) LLP** |
| | 555 South Flower Street, 31st Floor |
| | Los Angeles, California 90071 |
| | Telephone: (213) 624-2500 |
| | Facsimile: (213) 623-4581 |
| | Email: eric.troutman@squirepb.com |
| | |
| | *Counsel for Defendant* |
| | *Assurance IQ, LLC* |

## **CERTIFICATE OF SERVICE**

 I hereby certify that on September 22, 2021, a true copy of the foregoing document was served on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

               */s/ Daniel E. Brewer*
               Daniel E. Brewer