IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMICO LIFE INSURANCE COMPANY, and ASSURANCE IQ, INC.,<br><br>Defendants. | Case No. 2:21-cv-03045-JMY |

## DEFENDANT LUMICO LIFE INSURANCE COMPANY'S
## NOTICE OF JOINDER

Defendant Lumico Life Insurance Company ("Lumico"), by and through its attorneys, hereby joins Defendant Assurance IQ, Inc.'s motions to stay (Dkt. No. 49) and to bifurcate discovery (Dkt. No. 50) so that all parties will proceed in litigation on even footing and discovery may be handled efficiently.

Dated: October 1, 2021

        Respectfully submitted,

        Lumico Life Insurance Company

        */s/Lewis S. Wiener*_____

        Lewis S. Wiener (*pro hac vice*)
        EVERSHEDS SUTHERLAND (US) LLP
        700 Sixth Street, NW, Suite 700
        Washington, DC 20001-3980
        Telephone: 202-383-0140
        Facsimile: 202-637-3593
        Email: lewiswiener@eversheds-sutherland.com

        Kymberly Kochis
        EVERSHEDS SUTHERLAND (US) LLP
        1114 Avenue of the Americas, 40th Floor

New York, NY 10036  
Telephone: 212-389-5068  
Facsimile: 212-389-5099  
Email: KymberlyKochis@eversheds-sutherland.com

*Attorneys for Defendant Lumico Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021, I electronically filed the foregoing DEFENDANT LUMICO LIFE INSURANCE COMPANY'S NOTICE OF JOINDER via the Court's CM/ECF system, which will electronically serve all parties and counsel of record.

/s/*Lewis S. Wiener*

46587202.1