IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON | : | CIVIL ACTION |
| | : | |
| **v.** | : | No. 21-cv-3045-JMY |
| | : | |
| LUMICO LIFE INSURANCE CO. and ASSURANCE IQ, LLC, | : : | |

<u>STIPULATION OF DISMISSAL</u>

Now come the plaintiff James Shelton ("Plaintiff") and the defendants Lumico Life Insurance Co. ("Lumico") and Assurance IQ, LLC ("Assurance") (together "Defendants"), who stipulate as follows:

WHEREAS, Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a plaintiff may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared;

All parties who have appeared hereby STIPULATE to the dismissal of this action with prejudice as to Plaintiff's individual claims, without prejudice as to the claims of putative class members, and with all parties to bear their own attorneys' fees and costs.

Respectfully Submitted,

1

| Plaintiff James Shelton, | Defendant Lumico Life Insurance Co., | Defendant Assurance IQ, LLC |
|---|---|---|
| By: | By: | By: |
| /s/ Timothy J. Sostrin<br>Timothy J. Sostrin<br>Keith J. Keogh<br>Keogh Law, Ltd.<br>55 W. Monroe St., Ste. 3390<br>Chicago, IL 60603<br>[o] (312)_726-1092<br>[f] (312) 726-1093<br>tsostrin@keoghlaw.com<br>keith@keoghlaw.com<br><br>Anthony I. Paronich<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>[o] (617) 485-0018<br>[f] (508) 318-8100<br>anthony@paronichlaw.com | /s/ Lewis S. Wiener<br>Lewis S. Wiener<br>EVERSHEDS SUTHERLAND (US) LLP<br>700 Sixth Street, NW, Suite 700<br>Washington, DC 20001-3980<br>[o]: 202-383-0140<br>[f]: 202-637-3593<br>lewiswiener@eversheds-sutherland.com | /s/ Daniel E. Brewer<br>Daniel E. Brewer<br>Meredith C. Slawe<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market St., Ste. 2800<br>Philadelphia, PA 19103<br>Telephone: (215) 665-2000<br>Facsimile: (215) 665-2013<br>Email: dbrewer@cozen.com<br>Email: mslawe@cozen.com<br><br>Eric J. Troutman<br>Squire Patton Boggs (US) LLP<br>555 S. Flower St., 31st Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 624-2500<br>Facsimile: (213) 623-4581<br>Email: eric.troutman@squirepb.com |

Certificate of Service

I, Timothy J. Sostrin, certify that on January 12, 2022, I served all parties with a copy of the foregoing Stipulation by filing the same through the Court's CM/ECF system.

/s/ Timothy J. Sostrin
Timothy J. Sostrin
Attorney for Plaintiff